```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION


H. RAMESHBHAI PATEL,              :

    Petitioner,                   :

v.                                :
                                       CIVIL ACTION 06-0702-WS-M
ALBERTO GONZALES,                 :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,          :

    Respondents.                  :
```

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED as MOOT.

DONE this 8th day of February, 2007.

```
                    S/WILLIAM H. STEELE
                    UNITED STATES DISTRICT JUDGE
```